| United States District Court | | Southern District of Texas |
|---|---|---|
| Donald Howard, | § § § | |
| Petitioner, | § § | |
| versus | § § | Civil Action H-10-2447 |
| Rick Thaler, | § § | |
| Respondent. | § | |

## Order of Adoption

On November 9, 2010, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (10). Howard has filed objections (13). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Howard's petition is denied as time-barred. A certificate of appealability will not issue.

Signed  1/14 , 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge